RECEIVED

JAN - 2 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
__Western__ DISTRICT OF __Louisiana__
__Lake Charles__ DIVISION

UNITED STATES OF AMERICA,  )
          Plaintiff - Respondent,  )
                                   )   USDC Case No: __2:09-CR-00094-01__
                                   )
vs.  )
                                   )
__Spencer Roy Pete__,  )   Hon. __Minaldi__
                                   )   United States District Judge
      Defendant - Petitioner.  )

PRO SE MOTION FOR MODIFICATION OF SENTENCE
PURSUANT TO 18 U.S.C. §3582(c)(2)

(Retroactive Guideline Amendment 782)

I hereby respectfully request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and the new guideline amendment 782 to the United States Sentencing Guidelines, which make a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014.

In support of my motion, I state as follows:

1. I am currently serving a federal term of imprisonment.

2. My sentence was based, at least in part on drugs _____ (Yes)/No)

3. I was sentenced in the __Western__ District of __Louisiana__ by Judge __Minaldi__ on __02-25-2010__ (date) to a term of __151__ months in prison. My total offense level was __2__ and my criminal history category was __33__.

4. My projected release date is __2027__.

5.   I hereby request a court appointed attorney _____ (Yes/No) and permission to proceed in forma pauperis.

Signature of Petitioner _Spencer R Pete_ Date: _12-26-18_

Print or Typed Name: _Spencer R Pete_ Reg. No. _14369035_

Current Address: _FCI Beaumont Low  P.O Box 26025_
_Beaumont, TX 77720_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via postage prepaid United States Mail to the Office of the U.S. Attorney for the _Western_ District of _Louisiana_ this _26_ day of _Dec_, 2018.

Signature: _Spencer Pete_